IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

____Nashville____ DIVISION

SCANNED

FILED
2012 JUL 24 PM 2:27
U.S. DISTRICT [COURT]
MIDDLE DISTRICT OF TN

James Kenneth Eaton Sr.  )   Civil Case No. 3:11-cv-01029
                         )
                         )   Judge Haynes
v.                       )
                         )
Ford Motor Credit Company )

~~Appeal~~ Motion to file Disk
(Type of Pleading)

Disk From Bankruptcy Court and Log Proceedings Eletronically Recorded 8/11/2011

Signature: [signed] JK Eaton Jr.
530 Lafayette St
Nashville TN 37203

ORDER
Appellant is represented by counsel. This motion is DENIED without prejudice to renew by his counsel.