IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

___Nashville___ DIVISION

FILED
2012 JUL 24 PM 2:27
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

James Kenneth Eaton Sr. )  Civil Case No. 3:11-cv-01029
) Judge Haynes
v. )
)
Ford Motor Credit Company )

~~Appeal~~ Motion to file Disk
(Type of Pleading)

Disk From Bankruptcy Court and Log Proceedings Eletronically Recorded 8/11/2011

Signature: JK Eat L.
520 Lafayette St
Nashville TN 37203

ORDER
Appellant is represented by counsel. This motion is DENIED without prejudice to reissue by his counsel.
[signed] 8-8-12