# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES K. EATON, SR., | ) | |
| | ) | |
| Appellant, | ) | CASE NO. 3:11-1029 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| FORD MOTOR CREDIT COMPANY, | ) | |
| LLC, | ) | |
| | ) | |
| Appellee. | ) | |

## O R D E R

In accordance with the Memorandum filed herewith, the findings and conclusions of the

Honorable Keith Lundin are **AFFIRMED** and Ford Motor Credit Company, LLC is

**AWARDED** two hundred thirty-three thousand two hundred ninety-six dollars ten cents

($233,296.10) against Appellant James K. Eaton, Sr., in his individual capacity, as a

nondischargeable debt under 11 U.S.C. § 523(a)(6).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 17th day of August, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge

13